UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:
MAYRA SOCORRO DIAZ DELGADO

CASE NO. 13-10852-BKT

CHAPTER 13

DEBTOR (S)

# TRUSTEE'S UNFAVORABLE REPORT
# ON PROPOSED POST CONFIRMATION PLAN MODIFICATION

TO THE HONORABLE COURT: NOW COMES, José R. Carrión, Chapter 13 Trustee, and very respectfully alleges and prays:

This is the Trustee's position regarding the request, under **11 U.S.C. §1329**, for the confirmation of a Chapter 13 Plan.

Debtor(s)' Income: **Above Median / 60 months commitment period.**    Gen Unsecured Pool: **$0.00**

The **LIQUIDATION VALUE** of the estate has been determined in **$2,338.00**    R2016 STM. **$3,000.00**

**TOTAL ATTORNEYS FEES THRU PLAN: $2,626.00    Fees paid: $2,626.00    Fees Outstanding: $0.00**

With respect to the proposed (amended) Plan dated: **2/20/2015** (Dkt 56). Plan Base: $**67,010.00**

The proposed (amended) plan can not be confirmed because it has the following deficiencies:

- Feasibility [§1325(a)(6)]- // Debtor(s) must submit amended schedules (I) and (J), regarding Debtor(s) current income and current expenditures. In order to Trustee properly evaluate proposed plan Debtor(s) must submit evidence of current income. This information is necessary to verify debtor's capacity to make plan payment.

- Feasibility [§1325(a)(6)]: Default in payments to Trustee.- // As of this date, arrears under proposed plan total the amount of $244.00. Debtor has failed to bring to the plan the $494.00 from Christmas bonus as proposed in lump sum. Please note that the Trustee's accounts show irregular payments from debtor. In order to obtain a favorable report, Debtor(s) must be totally current in payments with Trustee.

Trustee objects the additional compensation for legal fees requested by debtor' (s") counsel.- // Trustee hereby objects additional attorney fees for $500.00 until above matters are solve.

Due to the above described deficiencies in the proposed plan the Trustee Objects to the Confirmation of the same.

CERTIFICATE OF SERVICE: The Chapter 13 Trustee herewith certifies that a copy of this motion has been served via first class mail on the same date it is filed to: the DEBTOR(s), and to her/his/their attorney through CM-ECF notification system.

In San Juan, Puerto Rico this March 04, 2015.

/s/ Jose R. Carrion

Jose R. Carrion -Chapter 13 Trustee
PO Box 9023884, San Juan PR 00902
Tel. 787-977-3535 Fax 787-977-3550

MC LD58 LC17